IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **MONIGER EXCAVATING CO., INC.,** et al., <br><br> **Defendants.** | Case No. 22-CV-03036-SPM |

# DEFAULT JUDGMENT

This civil case arises under the Employee Retirement Income Security Act, 29 U.S.C. §§ 1002–1193c ("ERISA"). Before the Court is Plaintiff Central Laborers' Pension, Welfare and Annuity Funds's Motion for Default Judgment against Defendants Moniger Excavating Co., Inc. and Michael Moniger (Doc. 14). For the reasons below, the Plaintiff's Motion is **GRANTED** and Default Judgment is **ENTERED**.

There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." FED. R. CIV. P. 55. Then, the Court may enter a default judgment for the amount due. *Id*.

Here, the Clerk of Court entered Defendants' default on September 26, 2023. (*See* Doc. 12). Plaintiff also showed that Defendants failed to make monthly contributions as required by the labor agreement. (*See* Doc. 14). It is therefore appropriate for the Court to enter a default judgment.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Central Laborers' Pension, Welfare and Annuity Funds has a judgment against Defendants Moniger Excavating Co., Inc. and Michael Moniger in the total amount of $12,633.76, consisting of $10,086.76 for audit liabilities, liquidated damages, and audit costs and $2,547.00 in attorneys' fees and court costs.

**IT IS SO ORDERED.**

**DATED:  September 3, 2024**

s/ *Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
